# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JENNIFER M. STRAW AND THOMAS P. STRAW, INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF ELIJAH C. STRAW, DECEASED; AND ROWAN J. STRAW, A MINOR, BY AND THROUGH HIS PARENTS AND NATURAL GUARDIANS, JENNIFER M. STRAW AND THOMAS P. STRAW | : : : : : : : : : : : : | No. 314 WAL 2018<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : : : : : : | |
| KIRK A. FAIR AND GOLON MASONRY RESTORATION, INC. | : : : : : : | |
| v. | : : : : : : | |
| PITTSBURGH LUBES, INC., D/B/A JIFFY LUBE, TOWER AUTO SALES & SERVICE, NATIONAL AUTOMOTIVE PARTS ASSOCIATION-NAPA AUTO PARTS T/D/B/A NAPA | : : : : : : : : : | |
| v. | : : : : | |
| THOMAS P. STRAW | : : : : : | |
| PETITION OF: FAYETTE PARTS SERVICE, INC., INCORRECTLY IDENTIFIED AS NATIONAL AUTOMOTIVE PARTS ASSOCIATION - NAPA AUTO PARTS T/D/B/A NAPA | : : : : : : | |
| JENNIFER M. STRAW AND THOMAS P. STRAW, INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF | : : : | No. 315 WAL 2018 |

ELIJAH C. STRAW, DECEASED; AND : Petition for Allowance of Appeal from
ROWAN J. STRAW, A MINOR, BY AND : the Order of the Superior Court
THROUGH HIS PARENTS AND :
NATURAL GUARDIANS, JENNIFER M. :
STRAW AND THOMAS P. STRAW :
:
:
:
v. :
:
:
:
KIRK A. FAIR AND GOLON MASONRY :
RESTORATION, INC. :
:
:
v. :
:
:
:
PITTSBURGH LUBES, INC. D/B/A JIFFY :
LUBE, TOWER AUTO SALES & :
SERVICE, NATIONAL AUTOMOTIVE :
PARTS ASSOCIATION-NAPA  AUTO :
PARTS T/D/B/A NAPA :
:
:
v. :
:
:
:
THOMAS P. STRAW :
:
:
PETITION OF: FAYETTE PARTS :
SERVICE, INC., INCORRECTLY :
IDENTIFIED AS NATIONAL :
AUTOMOTIVE PARTS ASSOCIATION - :
NAPA  AUTO PARTS T/D/B/A NAPA :


## ORDER


**PER CURIAM**

     **AND NOW**, this 15th day of February, 2019, the Petition for Allowance of Appeal

is **DENIED**.